UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re DONALD R. ALLEN,

         Plaintiff                No. C 13-3462 PJH (PR)

**ORDER OF DISMISSAL**

                                            /

      This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      The time period has passed, but plaintiff has not filed a complaint or an IFP application. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: September 18, 2013.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\CR.13\Allen3462.dsm